## Commonwealth *v.* Thorpe, Appellant.

Submitted March 19, 1976.
*David S. Fishbone*, for appellant; *Jane Cutler Greenspan, Deborah E. Glass*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.